DUFFIELD & COMPANY, Appellant, v. ELMER ELLSWORTH, JR., Also Known as TIFFANY THAYER, and Others, Respondents, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

BERT FREEWALD, Appellant, v. HERBERT DOTTENHEIM, Respondent.— Order modified by allowing examination as to items " a " and " b," and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

QUEEN VICTORIA KING, Appellant, v. WILLIAM FRANKLIN KING, Respondent. — Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MAXWELL BAKING CORPORATION, Respondent, v. ARTHUR KALFUS and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

CELANESE CORPORATION OF AMERICA, Respondent, v. SAMUEL KROHNBERG and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JOSEPH P. MULHOLLAND, Respondent, v. HARMON NATIONAL REAL ESTATE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ORION N. STEELMAN and Another, Respondents, v. DAVID F. RYAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

WINFIELD R. SHEEHAN, Respondent, v. WILLIAM FOX, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

CINWIN REALTY CORPORATION, Respondent, v. JOSEPH BROWN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

FRED A. POTRUCH, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.